UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Darren Williams, Jennifer Gannon, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>               - against -<br><br>Molson Coors Beverage Company USA LLC,<br><br>                            Defendant | 3:21-cv-50207<br><br>Hon. Iain D. Johnston<br><br>Stipulation of Dismissal<br>With Prejudice |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:    January 17, 2023

Respectfully submitted,

| | |
|---|---|
| Katten Muchin Rosenman LLP<br>/s/Christopher A. Cole<br>Christopher A. Cole (Admitted Pro Hac Vice)<br>chris.cole@katten.com<br>2900 K St NW N Tower Ste 200<br>Washington DC 20007<br>Tel: (202) 625-3550<br><br>*Attorneys for Defendant* | Sheehan & Associates, P.C.<br>/s/Spencer Sheehan<br>Spencer Sheehan<br>spencer@spencersheehan.com<br>60 Cuttermill Rd Ste 409<br>Great Neck NY 11021<br>Tel: (516) 268-7080<br><br>*Attorneys for Plaintiffs* |